AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:22-mj-03893-DUTY |
| ELISEO ABAS FLORES III, | |
| Defendant. | |

LODGED
CLERK, U.S. DISTRICT COURT
10/3/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
10/03/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: KL   DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 6, 2022, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(2) | Bank Fraud |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Robert Bravo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 3, 2022

*Alicia G. Rosenberg*
_____
*Judge's signature*

City and state: Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: Lyndsi Allsop (x3165)

**AFFIDAVIT**

I, Robert Bravo, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against ELISEO ABAS FLORES III ("FLORES") for a violation of Title 18, United States Code, 1344(2) (Bank Fraud).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. All dates and times approximate.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Treasury Inspector General for Tax Administration ("TIGTA"), and I have been so employed since October 2014. I am currently assigned to the TIGTA Office of Investigations, Western Field Division, Los Angeles Group. I was a task force officer ("TFO") for the United States Postal Inspection Service ("USPIS") Identity Theft and Economic Crimes Federal Task Force, and I am currently a TFO for the Homeland Security Investigations El Camino Real

1

Financial Crimes Federal Task Force.  I am a Certified Fraud Examiner and a Certified Technical Investigator.  I have completed courses of instruction at the Federal Law Enforcement Training Center ("FLETC"), including the Criminal Investigator Training Program and the TIGTA Special Agent Basic Training Program.  While at the FLETC, I received extensive instructions and training on general investigative techniques, including understanding legal principles and recognizing criminal violations of federal law, such as, but not limited to, bank fraud, conspiracy, and theft of public funds.  As a TIGTA SA, I am tasked with investigating crimes related to the corruption of the federal tax administration system, including investigations of identity theft, theft of tax refund checks, and bank fraud.  Prior to becoming a TIGTA SA, I was an Investigator with Alcohol and Tobacco Tax and Trade Bureau for approximately 9 years. I have a bachelor's degree in business administration and a master's degree in public administration.

### III. SUMMARY OF PROBABLE CAUSE

4.   From 2021 to 2022, at least 149 Economic Impact Payment ("EIP") United States Treasury checks ("U.S. Treasury checks") that were originally issued to various persons were altered to be in the name of either FLORES or M.E., an identity unlawfully used by FLORES's female accomplice (hereafter referred to as "Co-conspirator 1").  Those checks were cashed at United States Post Offices throughout Los Angeles County.

5.   On or about June 6, 2022, FLORES and Co-conspirator 1 were captured on video surveillance footage cashing an EIP U.S.

Treasury check altered to be in FLORES's name at a United States Post Office located at 4875 Huntington Drive N., Los Angeles, California 90032 (the "El Sereno Post Office").

6.   On or about June 10, 2022, FLORES went to a United States Post Office located at 3001 N. Broadway Los Angeles, California 90013 (the "Lincoln Post Office") and attempted to cash an EIP U.S Treasury check in the amount of $2,800.  A United States Postal Service ("USPS") clerk informed FLORES there were insufficient funds in the register to cash the check.  Later that day, FLORES then went to the El Sereno Post Office and attempted to cash what appears to be the same EIP U.S. Treasury check but was unsuccessful.  Later that day, FLORES returned to the Lincoln Post Office a second time and attempted to cash the same EIP U.S. Treasury check again.  Once more, the USPS clerk told FLORES there were insufficient funds in the register to cash the check.

7.   On or about March 18, 2022, an individual used a counterfeit EIP U.S. Treasury check that had been altered to be payable to Co-conspirator 1 to purchase postal money orders.  On March 28, 2022, FLORES used several of those postal money orders to purchase a vehicle at a CarMax facility at 1000 South Flower Street, Burbank, California 91502 (the "Carmax").

## IV. STATEMENT OF PROBABLE CAUSE

8.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.     Background: EIP U.S Treasury Checks**

9.     Based on my training and experience, I know that as part of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), EIPs were authorized and dispersed starting on or about March 27, 2020 ("EIP-1 payments").  EIP-1 payments were $1,200 U.S. Treasury checks sent to eligible taxpayers, with an additional $600 included per eligible dependent.  Generally, to be eligible for an EIP-1 payment, the recipient needed to meet the following criterion: (1) was a United States citizen or a resident alien, (2) was not claimed as a dependent, and (3) had a valid social security number for employment.

10.    Based on my training and experience, I know that as part of the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, additional payments were authorized and dispersed starting on or about December 27, 2020 ("EIP-2 payments").  EIP-2 payments were $600 U.S. Treasury checks sent to eligible taxpayers, with an additional $600 included per eligible dependent.  The same eligibility requirements existed for EIP-2 payments, as for EIP-1 payments.

11.    Based on my training and experience, I know that as part of the American Rescue Plan Act of 2021, EIP-3 payments were authorized and dispersed starting on or about March 11, 2021.  EIP-3 payments were $1,400 U.S. Treasury checks sent to eligible taxpayers, with an additional $1,400 included per eligible dependent.  The same eligibility requirements existed for EIP-3 payments, as for EIP-1 payments.

12. EIP U.S. Treasury checks were automatically sent to all eligible taxpayers who filed tax returns for either 2019 or 2018. To receive full payment, eligible taxpayers were required to have an adjusted gross income of up to $75,000 for individuals and up to $150,000 for married couples filing joint returns. For filers with income above those amounts, the payment amount was reduced by $5 for each $100 above the $75,000/$150,000 thresholds. Single filers with income exceeding $99,000 and joint filers with no children with an income exceeding $198,000 were not eligible.

13. Each EIP U.S. Treasury check bore a unique 12-digit number, a Print Sequence Number ("PSN"), that was located below the check issue date.

14. The payee data of EIP U.S. Treasury checks issued, including the name, address, and other personal identifying information (PII) for the checks' payee, is stored in a virtual database called the Treasury Check Information System.

15. In or about March 2021, the U.S. Treasury disbursed the final round of EIP U.S. Treasury Checks: EIP-3 payments. If an eligible taxpayer did not receive his or her EIP U.S. Treasury check, s/he could submit a claim with the Internal Revenue Service for such a check.

    **B.**     **Background: Cashing Checks at a United States Post Office**

16. U.S. Treasury checks may be cashed at United States Post Offices provided that the U.S. Treasury checks are not more than one year old and sufficient funds are available in the

registers at the respective post office. In general, USPS policy requires USPS employees to verify that the customer's name and address is on the check. In furtherance of this policy, USPS employees must do the following: (1) request to see photo-bearing identification that contains the customer's signature, (2) record the identification number on the face of the U.S. Treasury check, and (3) verify that the signature on the customer's identification matches the signature on the U.S. Treasury check. In general, after the USPS employee follows these steps, s/he will cash the check, meaning s/he will accept the U.S. Treasury check and provide the customer with an equivalent of the amount stated on the check in cash. The post office then sends the actual U.S. Treasury check to an associated bank that further processes the check. This bank is referred to as the "bank of first deposit."

    **C.**     **January 1, 2020 to September 30, 2022: Approximately 43 Counterfeit EIP U.S. Treasury Checks Totaling $103,600 Were Cashed in FLORES's Name**

17. In July 2022, I identified approximately 43 EIP U.S. Treasury checks that had been cashed in various United States Post Office locations in Los Angeles County between January 1, 2020, and September 30, 2022, totaling approximately $103,600, on which the payee information had been altered to include FLORES's name and address, that is, the address listed as FLORES's primary residence on file with the California Department of Motor Vehicles ("DMV"). I know that the checks had been altered because the payee information on the cashed

check (FLORES's name and address) did not match the payee information in the Treasury Check Information System.

18. The bank of first deposit for these 43 EIP U.S. Treasury Department checks was Wells Fargo Bank, N.A., a federally insured financial institution.

19. Based on my review of copies of the EIP U.S. Treasury checks, I know that 40 of the EIP U.S. Treasury checks contained the same PSN (000745259882). The remaining three checks contained other various PSNs. As previously stated, based on my training and experience, I know that a PSN is a unique 12-digit number that is issued by the U.S. Treasury on only a single EIP U.S. Treasury check. Therefore, the presence of the same PSN on more than one EIP U.S. Treasury check is a strong indicator that the checks are counterfeit.

20. On September 30, 2022, I reviewed the Treasury Check Information System and determined that from January 1, 2020, through September 30, 2022, there were no EIP U.S. Treasury checks issued to FLORES.[1] Given that there were no EIP U.S. Treasury checks issued to FLORES, I believe that the 43 EIP U.S. Treasury checks bearing FLORES's name and address that were cashed were counterfeit, meaning they had been altered to remove the true and correct payee's name and address and to, instead, include FLORES's name and address.

---

[1] Based on my training and experience, I presume that this is because, among other potential reasons, FLORES is an undocumented Filipino citizen and national who is unlawfully present in the United States, and therefore was not an eligible taxpayer recipient due to his undocumented status.

**D.   June 6, 2022: FLORES Cashes, and Co-conspirator 1 Attempts to Cash, an EIP U.S. Treasury Check**

21.   Based on my conversations with USPIS Postal Inspector Francisco Solorio Perez, I know the following:

a.   On or about June 6, 2022, employees at the El Sereno Post Office notified Postal Inspectors that an EIP U.S. Treasury check bearing FLORES's name and address and in the amount of $1,400 was cashed at the El Sereno Post Office.

b.   After being notified, Postal Inspectors went to the El Sereno Post Office and obtained a copy of the EIP U.S. Treasury check that had been cashed and a copy of FLORES's California driver license.[2]

c.   Postal Inspectors reviewed video surveillance from the El Sereno Post Office from June 6, 2022, and saw an individual, who appeared to be FLORES, cashing a check at approximately 12:55 p.m. on June 6, 2022.[3]  Once FLORES cashed the check, he entered the driver's side of a gray Toyota SUV bearing license plate 5THR549 (the "Toyota").

22.   I have reviewed a copy of the EIP U.S. Treasury check that FLORES cashed on or about June 6, 2022.  Based on my review of the check copy, I determined that the PSN on the check was 000705109482 and the check number was 4044 58521403.  On or about June 10, 2022, I searched the Treasury Check Information

---

[2] Based on my training and experience, I know that when a check is cashed at a United States Post Office, the postal worker cashing the check is required to make a copy of the payee's driver's license.

[3] I also reviewed this video footage and based on my own independent review of the footage and FLORES's DMV photograph, I too believe that this person appears to be FLORES.

8

System and learned that U.S. Treasury check number 4044 58521403 was made payable to M.P., not FLORES. Based on this information, I believe that the EIP U.S. Treasury check FLORES cashed at the El Sereno Post Office on or about June 6, 2022, was counterfeit, meaning the check had been altered to remove M.P.'s name and address and to, instead, include FLORES's name and address.

23. Based on my conversations with USPIS Postal Inspector Solorio Perez, I know the following:

a. Postal Inspectors spoke with C.G., a USPS Clerk, who stated a female (later identified as Co-conspirator 1) had walked into the El Sereno Post Office after FLORES and attempted to cash an EIP U.S Treasury check in the amount of approximately $4,200. C.G. stated s/he remembered the incident because s/he (C.G.) did not have enough cash in the register to cash the check. According to C.G., Co-conspirator 1 told him/her she would return later to cash the check. According to C.G., Co-conspirator 1 stated her name was M.[4] According to C.G., Co-conspirator 1 returned approximately one hour later, and another USPS Clerk (I.V.) helped her.

b. Postal Inspectors spoke with I.V. who stated that s/he recognized Co-conspirator 1 because she came to the El Sereno Post Office to cash EIP U.S. Treasury checks on multiple occasions. According to I.V., Co-conspirator 1 stated she was going to cash the EIP U.S Treasury check but she needed to make

---

[4] I have used the initial of the first name rather than the full first name because I believe that Co-conspirator 1 is using an unwitting victim's name to cash the EIP U.S. Treasury checks.

9

a phone call first and would return later. According to I.V., Co-conspirator 1 did not return to the El Sereno Post Office to cash the EIP U.S. Treasury check.

        c.    According to I.V., from approximately October 2021 to April 2022, Co-conspirator 1 would cash EIP U.S. Treasury Checks bearing the name M.E. at the El Sereno Post Office two to three times a week. According to I.V., when there was not enough money in the register to cash the EIP U.S. Treasury checks, Co-conspirator 1 would buy postal money orders or come back another day and attempt to cash the EIP U.S. Treasury checks again at a later date.

        d.    I.V. presented Postal Inspectors with a copy of a Chicago identification card bearing the name of M.E. According to I.V., Co-conspirator 1 would present this identification when cashing EIP U.S. Treasury checks.

    24.    I have reviewed video surveillance from the El Sereno Post Office from June 6, 2022. Based on my review of the video surveillance footage, I know that at approximately 12:40 p.m., Co-conspirator 1 exited the passenger's side of the Toyota (the vehicle FLORES was driving) and entered the El Sereno Post Office. At approximately 12:44 p.m., Co-conspirator 1 exited the El Sereno Post Office and entered the passenger's side of the Toyota. Moments later, FLORES exited the driver's side of the Toyota and entered the El Sereno Post Office. After cashing a U.S. Treasury check, at approximately 12:56 p.m., FLORES exited the El Sereno Post Office and entered the driver's side of the Toyota and drove away. At approximately 2:04 p.m., the

Toyota returned to the El Sereno Post Office. Moments later, Co-conspirator 1 exited the passenger's side of the Toyota and entered the El Sereno Post Office a second time. At approximately 2:09 p.m., Co-conspirator 1 then exited the El Sereno Post Office and entered the passenger's side of the Toyota. Moments later, FLORES and Co-conspirator 1 drove away in the Toyota.

25. On or about June 6, 2022, after watching the June 6, 2022 surveillance footage, I compared M.E.'s Chicago identification card photo with the El Sereno Post Office video surveillance footage. Based on my review of both items, I do not believe that Co-conspirator 1 is M.E. Accordingly, I believe Co-conspirator 1 is unlawfully using M.E.'s identity to cash counterfeit EIP U.S. Treasury Department checks that have been altered to remove the true and correct payee's name and to, instead, include victim M.E.'s name.

    **E.    June 10, 2022: FLORES Attempts to Cash an EIP U.S. Treasury Check at the Lincoln Post Office and the El Sereno Post Office**

26. Based on my conversations with Postal Inspector Solorio Perez, I know the following:

    a. On or about June 10, 2022, an employee at the Lincoln Center Post Office notified Postal Inspectors that FLORES was at the Lincoln Post Office trying to cash an EIP U.S. Treasury check.

    b. On that date, upon their arrival at the Lincoln Post Officer, Postal Inspectors spoke with a USPS Clerk (J.E.) who stated that at approximately 12:05 p.m., FLORES tried to

11

cash a EIP U.S. Treasury check in the amount of $2,800. According to J.E., s/he told FLORES that there were insufficient funds in his/her register for him/her to cash the check, following which, FLORES left the Lincoln Post Office. According to J.E., J.E. made a copy of the EIP U.S. Treasury check and a copy of FLORES' driver license, however, J.E. returned the physical check to FLORES.

        c.   While at the Lincoln Post Office, a USPS Supervisor (L.B.) stated that after leaving the Lincoln Post Office, FLORES went to the El Sereno Post Office and attempted to cash a U.S. Treasury check. Based on the circumstances, I believe it was likely the same EIP U.S. Treasury check that FLORES had first attempted to cash at the Lincoln Post Office. Postal Inspectors reviewed surveillance footage from the El Sereno Post Office on June 10, 2022, and saw FLORES attempting to cash a EIP U.S. Treasury check at approximately 12:32 p.m.

    27.   Based on my conversations with Postal Inspector Solorio Perez, I know that or about June 13, 2022, J.E. contacted Postal Inspectors and informed them that after Postal Inspectors had left, FLORES returned to the Lincoln Post Office on June 10, 2022, at approximately 4:30 p.m., to try to cash the same EIP U.S. Treasury check. According to J.E., he/she again told FLORES that there were insufficient funds in his register to cash the check, following which FLORES left the Lincoln Post Office.

**F.  March 2022: Co-conspirator 1 Purchases Postal Money Orders, which FLORES Later Negotiates to Purchase Items, Including a Luxury Vehicle**

28.  On or about June 7, 2022, I reviewed documents related to the transactions made using victim M.E.'s identity to cash multiple EIP U.S. Treasury checks at the Lincoln Post Office. Based on my review of the documents, I believe that on or about March 18, 2022, an individual using M.E.'s identity purchased approximately nine postal money orders while cashing at least one EIP U.S. Treasury check in M.E.'s name.  Based on her repeated use of M.E.'s identity, I believe this individual was Co-conspirator 1.

29.  Based on my conversations with Postal Inspector Solorio Perez, who reviewed postal databases, I know that the postal money orders purchased on March 18, 2022, were cashed as follows:

| Serial Number | Amount | Date Cashed | Pay From | Pay To |
|---|---|---|---|---|
| 27920310996 | $1,000.00 | 3/28/2022 | Eliseo Abas Flores III | Carmax |
| 27920311007 | $1,000.00 | 3/28/2022 | Eliseo Flores | Carmax |
| 27920311018 | $1,000.00 | 3/21/2022 | No Name | G.C. |
| 27920311020 | $1,000.00 | 3/21/2022 | No Name | G.C. |
| 27920311031 | $1,000.00 | 3/28/2022 | Eliseo Flores | Carmax |
| 27920311042 | $800.00 | 3/28/2022 | Eliseo Abas Flores III | Carmax |
| 27920311053 | $1,000.00 | 3/28/2022 | No Name | G.C. |
| 27920311064 | $1,000.00 | 3/28/2022 | No Name | G.C. |

| | | | | |
|---|---|---|---|---|
| 27920311075 | $800.00 | 3/28/2022 | No Name | G.C. |

30. Based on my conversations with Postal Inspector Solorio Perez, who reviewed postal databases, I know that approximately four of the postal money orders listed the payor as FLORES and the payee as Carmax. The money orders were paid to the Carmax.

31. On or about June 9, 2022, Postal Inspectors, including Postal Inspector Solorio Perez, and I went to the Carmax and obtained documents related to the aforesaid transactions.

32. Based on our conversations with the Carmax Operations Manager, and my review of documents obtained from him/her, I know the following:

   a. On March 27, 2022, FLORES purchased a 2020 Lexus IS 300 (the "Lexus") for a total of $45,844.89 at the Carmax. The Lexus was paid for (in full) with postal money orders and cash.

   b. FLORES used the postal money orders purchased on March 18, 2022, using victim M.E.'s identity, to pay for the 2020 Lexus.

   c. In addition, FLORES used the following postal money orders to pay for the 2020 Lexus:

| Serial Number | MO Amount | Cashed Date | Pay From | Pay To |
|---|---|---|---|---|
| 27920311424 | $200.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27922088452 | $300.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920312098 | $500.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |

14

| | | | | |
|---|---|---|---|---|
| 27920312065 | $500.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311637 | $500.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920312853 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311007 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27920311031 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27922088160 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27922086303 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27920311413 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27920311402 | $1,000.00 | 03/28/2022 | Eliseo Flores | CarMax |
| 27920310996 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311615 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311446 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920312864 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920312076 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920322202 | $800.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311042 | $800.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |
| 27920311435 | $1,000.00 | 03/28/2022 | Eliseo Abas Flores III | CarMax |

33. Based on our conversations with the Carmax Operations Manager, I know that FLORES purchased the Lexus on March 27, 2022; however, the records show that the postal money orders were cashed on March 28, 2022, because the Carmax processed the postal money orders the day after FLORES purchased the Lexus.

**G.   September 6, 2022: FLORES is Arrested in Nevada**

34. Based on my conversations with Postal Inspector Solorio Perez, I know that on or about September 6, 2022, FLORES was arrested in Reno, Nevada for Possession of a Forged Instrument, in violation of Nevada Revised Statute 171.1257.

15

Specifically, on that date, FLORES and Co-conspirator 1 went to a United States Post Office in Reno, Nevada (the "Reno Post Office"). Earlier that day, Co-conspirator 1 cashed a suspected counterfeit U.S. Treasury check in the amount of $2,800 and in Co-conspirator 1's name. Later, on that same day, FLORES attempted to cash a suspected counterfeit U.S. Treasury check in the amount of $2,800 and in his name. Postal Inspectors, who had been alerted by post office employees of suspected fraudulent activity, arrived at the Reno Post Office around the time FLORES attempted to cash the U.S. Treasury check. FLORES was arrested, while Co-conspirator 1, who was with FLORES at the time of his arrest, fled.

    35. FLORES is an undocumented Filipino citizen in national who is presently residing in the United States unlawfully. Following his arrest, FLORES was transferred into the custody of Immigrations and Customs Enforcement, and he is presently awaiting deportation/removal proceedings.

//

//

## V. CONCLUSION

36. For all of the reasons described above, there is probable cause to believe that FLORES has committed a violation of Title 18, United States Code, 1344(2) (Bank Fraud).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  3rd  day of
 October , 2022.

*Alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE